536 U.S. 989
 FEDERAL COMMUNICATIONS COMMISSION
v.
NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL. and
ARCTIC SLOPE REGIONAL CORP. ET AL.
v.
NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL.
 No. 01-653.
 No. 01-657.
 Supreme Court of the United States.
 October 1, 2002.
 
 1
 C. A. D. C. Cir. [Certiorari granted, 535 U. S. 904.] Motion of respondents NextWave Personal Communications Inc. et al. for leave to file supplemental appendix denied.